# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**SHERON ALLEN,**

      **Plaintiff**

v.                                                                            **CA. NO. 21-10890**

**CITIZENS BANK, N.A.,**

      **Defendant**

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. Rule Civ. P. 41(a)(1), the plaintiff hereby dismisses the above-captioned action without prejudice.

                                                              Respectfully submitted,

                                                              **Sheron Allen,**
                                                              By her attorney:

                                                              /s/Elizabeth A. Miller
                                                              Elizabeth A. Miller
                                                              BBO #559347
                                                             176 Federal Street
                                                             5th Floor
                                                             Boston, MA 02110
                                                             617-478-4914
                                                             elizabethamiller@comcast.net

Date: August 2, 2021

## Certificate of Service

    I, Elizabeth A. Miller, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants by electronic mail on August 2, 2021.

                                                           /s/Elizabeth A. Miller
                                                           Elizabeth A. Miller